■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT ALTRUDA, Appellant.— Appeal from an order of the County Court, Queens

County, denying an application in the nature of a writ of error *coram nobis* to vacate a judgment of said court, rendered December 31, 1942, convicting appellant of robbery in the first degree. Order unanimously affirmed. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.